

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2021

No. 04-20-00610-CV

**GILTNER LOGISTICS SERVICES INC.,**
Appellant

v.

Jesus **RODRIGUEZ**, Jr, Individually and on behalf of the Estate of Jesus Rodriguez III,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CVA001731D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Appellee's brief was originally due by February 16, 2021. On that day, appellee filed an unopposed motion requesting a thirty day extension of time to file his brief. After consideration, we **GRANT** the motion and **ORDER** appellee to file the brief **by March 18, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court